Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of the Claim of LEKAN J. BOWEN, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted October 21, 2013; decided November 21, 2013

Motion for reargument of motion for leave to appeal denied [*see* 21 NY3d 974 (2013)].

In the Matter of ANNA CIANO, Appellant, v MAXWELL J. WILEY et al., Respondents.

Submitted October 15, 2013; decided November 21, 2013

Motion for reargument of motion for leave to appeal denied [*see* 21 NY3d 1048 (2013)].

Judge ABDUS-SALAAM taking no part.

In the Matter of KEITH GADSEN, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, et al., Respondents.

Submitted October 15, 2013; decided November 21, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of DOUGLAS LATTA, Appellant, v MAXWELL WILEY et al., Respondents.

Submitted October 15, 2013; decided November 21, 2013